```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA        :    INFORMATION

    - v. -                      :    19 Cr.

ALFRED FERATOVIC,               :    19 CRIM 473

            Defendant.          :    JUDGE ABRAMS

- - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 2 5 2019

### COUNTS 1-6
(Aiding and Assisting in the Preparation of False and Fraudulent United States Individual Income Tax Returns)

The United States Attorney charges:

**Background**

1. At all times relevant to this Information, unless stated otherwise:

    a. ALFRED FERATOVIC, the defendant, was a resident of New York City.

    b. FERATOVIC was employed as a New York City Police Department Officer. The income FERATOVIC received from that employer was reported to the Internal Revenue Service ("IRS") on Forms W-2.

    c. FERATOVIC also owned and operated residential rental properties from which he derived significant personal income. He reported rental income from certain of those properties in connection with his U.S. Individual Income Tax Returns Forms 1040 ("Federal Tax Returns").

1

## Failure to Report All Gross Rental Receipts

2. For the tax years 2012 through 2017, inclusive (the "Relevant Period"), ALFRED FERATOVIC, the defendant, failed to report on his Federal Tax Returns a substantial amount of the rental income he earned. In particular:

a. FERATOVIC owned and operated more than ten rental properties in Connecticut and Staten Island, New York (the "Rental Properties"). The income FERATOVIC received from the Rental Properties during the Relevant Period was reported to the IRS on certain schedules and filings in FERATOVIC's Federal Tax Returns, which he prepared and caused to be prepared and filed with the IRS.

b. For each of the tax years 2012 through 2017, FERATOVIC falsely reported to his tax return preparer, and caused to be reported to the IRS, rental income from the Rental Properties in amounts significantly below the true rental income he received. He did so in generally increasing amounts during the relevant years, with the largest under-reporting occurring in 2017.

c. In total, from 2012 through 2017, Feratovic reported rental receipts of approximately $530,000. In truth and in fact, however, FERATOVIC received approximately more than $1.5 million in rental receipts during that period. Accordingly, during the relevant time period FERATOVIC failed to report nearly $1 million in rental revenue income.

3. ALFRED FERATOVIC, the defendant, filed U.S. Individual Income Tax Returns, Forms 1040 for the tax years 2012 through 2017 inclusive. Through the signing of those tax returns, FERATOVIC declared each income tax return to be true and correct under penalties of perjury.

4. From on or about January 1 or each of the calendar years set forth below, ALFRED FERATOVIC, the defendant, did willfully attempt to evade and defeat a substantial part of the income tax due and owing by FERATOVIC to the United States.

### Statutory Allegations

5. In or about the tax years set forth below, in the Eastern District of New York and elsewhere, ALFRED FERATOVIC, the defendant, willfully and knowingly did aid and assist in, and procure, counsel, and advise the preparation and presentation under, and in connection with matters arising under, the internal revenue laws of the United States, of a return, affidavit, claim, and other document, to wit, U.S. Individual Income Tax Returns, Forms 1040, and accompanying forms and schedules, for the tax years listed below, which returns were false and fraudulent as to material matters, in that, among other things, the returns falsely understated rental real estate receipts, as set forth below:

3

| Count | Tax Year | Reported Rental Income | Total Rental Income | Unreported Rental Income | Approximate Filing date |
|---|---|---|---|---|---|
| 1 | 2012 | $ 78,825 | $ 207,903 | $ 129,078 | March 5, 2013 |
| 2 | 2013 | $ 77,871 | $ 220,906 | $ 143,035 | Feb. 25, 2014 |
| 3 | 2014 | $ 81,396 | $ 194,266 | $ 112,870 | Feb. 19, 2015 |
| 4 | 2015 | $ 107,400 | $ 271,398 | $ 163,998 | Feb. 17, 2016 |
| 5 | 2016 | $ 95,300 | $ 310,650 | $ 215,350 | Feb. 20, 2017 |
| 6 | 2017 | $ 90,200 | $ 463,799 | $ 373,599 | March 12, 2018 |

(Title 26, United States Code, Section 7206(2).)

_Geoffrey S. Berman_
GEOFFREY S. BERMAN
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

- v. -

**ALFRED FERATOVIC,**

Defendant.

---

INFORMATION

19 Cr. \_\_\_\_

(26 U.S.C. § 7206(2).)

GEOFFREY S. BERMAN
United States Attorney.

---