USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/13/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA
:                       ORDER OF
    -v.-                :                       RESTITUTION
:
ALFRED FERATOVIC,       :                       19 Cr. 473 (RA)
:
        Defendant.
:
- - - - - - - - - - - - - - - - x

Upon the application of the United States of America, by its attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, Alex Rossmiller, Assistant United States Attorney, of counsel; the presentence report; the conviction of ALFRED FERATOVIC, the defendant, on Count 1 of the above Information; and all other proceedings in this case, it is hereby ORDERED that:

**1. Amount of Restitution.** ALFRED FERATOVIC, the defendant, shall pay restitution in the total amount of $179,636 to the victim of the offense charged in Count 1 of the Information. The defendant shall make the restitution payments to the Clerk of Court, United States District Court for the Southern District of New York, 500 Pearl Street, New York, NY, 10007, in order that the Clerk of Court may forward the payments to the victim, and in the amounts, set forth in the Schedule of Victims attached hereto. The defendant shall make the restitution payments in monthly installments of 5% of gross monthly income,

to commence 30 days after the date of this Order.  Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

Upon the consent of the Government, interest on restitution payments is waived.

Dated:    New York, New York
          June 13, 2019

_____
HONORABLE RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :    SCHEDULE OF VICTIMS

    -v.-                          :    19 Cr. 473 (RA)

ALFRED FERATOVIC,                 :

    Defendant.                    :

- - - - - - - - - - - - - - - - x

| **Name** | **Address** | **Amount of Restitution** |
|---|---|---|
| UNITED STATES INTERNAL REVENUE SERVICE | Internal Revenue Service<br>Attn: Mail Stop 6261, Restitution<br>333 West Pershing Avenue<br>Kansas City, MO 64108 | $179,636 |
| **TOTAL** | | $179,636.00 |